THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN OLSON, | No. 2:25-cv-01977-JLR |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| AMAZON WEB SERVICES, INC., in its official capacity as a corporation; a resident of Washington State and RAECHELLE CLEMMONS, | NOTE ON MOTION CALENDAR: November 17, 2025 |
| Defendants. | |

## I.   STIPULATION

Plaintiff Steven Olson, and Defendants Amazon Web Services, Inc. and Raechelle Clemmons ("Defendants"), jointly stipulate to an extension of time to respond to the Complaint in this action. This extension will provide Defendants sufficient time to gather facts and information needed to respond to Plaintiff's Complaint. The Parties stipulate to an extension of time for Defendants to file a responsive pleading up to and including December 5, 2025.

DATED this 17th day of November, 2025.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 1
(2:25-cv-01977-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STEVEN OLSON

*s/Stephen Teller*
Stephen Teller, WSBA #23372
300 Lenora St., #1471
Seattle, WA 98121
(206) 324 8969
steve@stellarlaw.com
Local Counsel for Plaintiff

Megan Goddard, Esq.
Goddard Law, PLLC
39 Broadway, Suite 1540
New York, NY 10006
(646) 864 1178
Plaintiff's Attorneys

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendants*

*s/Sheehan Sullivan*
Sheehan Sullivan WSBA # 33189
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 757-8152
Fax: (206) 757-7700
Email: sulls@dwt.com

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 2
(2:25-cv-01977-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## II. [PROPOSED] ORDER

Having reviewed the parties' stipulation and finding GOOD CAUSE for the requested extension of time, the Court HEREBY ORDERS that an extension of time for Defendants to file a response to the Complaint up to and including December 5, 2025.

IT IS SO ORDERED.

DATED this  18th  day of  November, 2025.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendants*

*s/Sheehan Sullivan*
Sheehan Sullivan WSBA # 33189
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 757-8152
Fax: (206) 757-7700
Email: sulls@dwt.com

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 3
(2:25-cv-01977-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax